*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
KISOR, SLABBEKORN, and FLINTOFT
Appellate Military Judges

———————————

**UNITED STATES**
*Appellee*

**v.**

**Bevan S. MCNAMARA**
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

**No. 202400418**

———————————

Decided: 25 September 2025

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Andrea C. Goode

Sentence adjudged 15 December 2021 by a general court-martial convened at Marine Corps Air Station, Yuma, Arizona, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-2 and confinement for eighty days.[1]

For Appellant:
*Commander Candice C. Albright, JAGC, USN*

---

[1] Appellant was credited with 96 days of pretrial confinement credit.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

However, we note that the Entry of Judgment is deficient in that certain specifications are insufficiently summarized. Appellant has the right for the Entry of Judgment to accurately summarize each specification referred to trial as required by Rule for Courts-Martial (R.C.M.) 1111(b)(1)(A) and *United States v. Wadaa*.[3] Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of her proceeding.[4] In accordance with R.C.M. 1111(c)(2), we modify the Entry of Judgment and direct that it be included in the record.

The findings and sentence are **AFFIRMED**.



FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

[3] *United States v. Wadaa*, 84 M.J. 652, 655 (N-M. Ct. Crim. App. 2024).

[4] *United States v. Sutton*, 81 M.J. 677 (N-M. Ct. Crim. App. 2021); *United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998).

# United States Navy–Marine Corps Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** | NMCCA NO. 202400418 |
| v. | **ENTRY OF JUDGMENT** |
| **Bevan S. MCNAMARA**<br>Lance Corporal (E-3)<br>U.S. Marine Corps | |
| *Accused* | *As Modified on Appeal* |
| | **25 September 2025** |

On 15 December 2021, the Accused was tried at Marine Corps Air Station, Yuma, Arizona, by general court-martial consisting of a military judge sitting alone. Military Judge Andrea C. Goode presided.

## FINDINGS

The following are the Accused's pleas and the Court's finding to all offenses the convening authority referred to trial:

**Charge I:** **Violation of Article 114, Uniform Code of Military Justice, 10 U.S.C. § 914.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice to ripen into prejudice upon completion of appellate review where the findings and sentence have been upheld.

**Specification 1:** **Unlawfully carry on or about his person a concealed weapon, to wit: a handgun, on or about 3 September 2021, at or near Yuma, Arizona.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice to ripen into prejudice upon completion of appellate review where the findings and sentence have been upheld.

**Additional Charge I: Violation of Article 92, Uniform Code of Military Justice, 10 U.S.C. § 892.**

  *Plea:* Guilty.

  *Finding:* Guilty.

**Specification 1:**   **Violation of a lawful general order, to wit: Station Order 5510.8H dated 19 July 2019, on or about 3 September 2021, at or near Yuma, Arizona, by wrongfully transporting, storing, and concealing a privately owned firearm, to wit: a rifle.**

  *Plea:* Not Guilty.

  *Finding:* Withdrawn and dismissed without prejudice to ripen into prejudice upon completion of appellate review where the findings and sentence have been upheld.

**Specification 2:**   **Violation of a lawful general order, to wit: Station Order 5510.8H dated 19 July 2019, on or about 3 September 2021, at or near Yuma, Arizona, by wrongfully transporting, storing, and concealing a privately owned firearm, to wit: a handgun.**

  *Plea:* Guilty.

  *Finding:* Guilty.

**Additional Charge II: Violation of Article 112, Uniform Code of Military Justice, 10 U.S.C. § 912.**

  *Plea:* Not Guilty.

  *Finding:* Withdrawn and dismissed without prejudice to ripen into prejudice upon completion of appellate review where the findings and sentence have been upheld.

**Specification 1:**   **Found drunk while on duty as a Marine assigned to Marine Air Control Squadron 1 on or about 3 September 2021.**

  *Plea:* Not Guilty.

  *Finding:* Withdrawn and dismissed without prejudice to ripen into prejudice upon completion of appellate review where the findings and sentence have been upheld.

**Additional Charge III: Violation of Article 115, Uniform Code of Military Justice, 10 U.S.C. § 915.**

> *Plea:* Not Guilty.
>
> *Finding:* Withdrawn and dismissed without prejudice to ripen into prejudice upon completion of appellate review where the findings and sentence have been upheld.

**Specification 1:** **On or about 3 September 2021, wrongfully communicate to Corporal D.W. and Lance Corporal J.B., a threat to injure or kill an associate of M.R.**

> *Plea:* Not Guilty.
>
> *Finding:* Withdrawn and dismissed without prejudice to ripen into prejudice upon completion of appellate review where the findings and sentence have been upheld.

**Specification 2:** **On or about 3 September 2021, wrongfully communicate to Corporal S.H. a threat to injure or kill an associate of M.R.**

> *Plea:* Not Guilty.
>
> *Finding:* Withdrawn and dismissed without prejudice to ripen into prejudice upon completion of appellate review where the findings and sentence have been upheld.

**Specification 3:** **On or about 3 September 2021, wrongfully communicate to Private Second Class B.M. a threat to injure or kill M.R.**

> *Plea:* Not Guilty.
>
> *Finding:* Withdrawn and dismissed without prejudice to ripen into prejudice upon completion of appellate review where the findings and sentence have been upheld.

**Additional Charge IV: Violation of Article 128, Uniform Code of Military Justice, 10 U.S.C. § 928.**

> *Plea:* Not Guilty.
>
> *Finding:* Withdrawn and dismissed without prejudice to ripen into prejudice upon completion of appellate review where the findings and sentence have been upheld.

**Specification 1:** **Commit an assault on Corporal S.H. by displaying a pistol on or about 3 September 2021.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice to ripen into prejudice upon completion of appellate review where the findings and sentence have been upheld.

## SENTENCE

On 15 December 2021, the military judge sentenced the Accused to the following:

**Reduction to pay grade E-2.**

**Confinement for 80 days.**

**The Accused shall be credited with 96 days of pretrial confinement credit.**

FOR THE COURT:

MARK K. JAMISON
Clerk of Court